**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7117**

---

ARTHUR MCDORN WILLIAMS,

                              Plaintiff - Appellant,

        versus

JENNINGS MCABEE; HERBERT B. LONG; JULIUS H.
BAGGETT; FRANK HARRISON; MCABEE BUILDING
SUPPLY, INCORPORATED,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Dennis W. Shedd, District Judge.
(CA-95-3555-0-19BD)

---

Submitted:  January 9, 1997        Decided:  January 23, 1997

---

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Arthur McDorn Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Williams v. McAbee</u>, No. CA-95-3555-0-19BD (D.S.C. June 14, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>